UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TORAN PETERSON,<br><br>    Plaintiff,<br><br>v.<br><br>CORBY,<br><br>    Defendant. | Case No. 23-10090<br>Honorable Mark A. Goldsmith<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE CASES
(ECF NO. 56)**

  Plaintiff Toran Peterson, a prisoner proceeding pro se, sues Michigan Department of Corrections (MDOC) officer Corby under 42 U.S.C. § 1983, alleging that he used excessive force.  ECF No. 1.  The Honorable Mark A. Goldsmith referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 8.  Peterson moves a second time to consolidate this case with Case No. 23-10089—his action against MDOC Correction Officers David, Andrew Sims, and Loxton—under Federal Rule of Civil Procedure 42.  ECF No. 56.

  In November 2023, this Court denied Peterson's earlier motion to consolidate his case, finding that the cases do not involve common questions of law or fact and that Peterson's motion was deficient under

Local Rule 42.1.  ECF No. 30, PageID.247-249.  This conclusion has not changed.  Thus, Peterson's second request to consolidate his case with Case No. 23-10089, ECF No. 56, is **DENIED**.

   **IT IS ORDERED.**

                                            s/Elizabeth A. Stafford
                                            ELIZABETH A. STAFFORD
                                            United States Magistrate Judge

Dated: May 29, 2024


### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 29, 2024.

s/Marlena Williams  
MARLENA WILLIAMS  
Case Manager